UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JOSEPH RAETANO, individually,

        Case No.: 8:11-cv-02391-VMC-MAP

    Plaintiff,

v.

GULF-FLA DOUGHNUTS HILLSBOROUGH,
INC., a Florida for profit corporation,

    Defendant.
_____

## NOTICE OF SETTLEMENT

Plaintiff, JOSEPH RAETANO, by and through the undersigned counsel, hereby gives the Court notice that the parties have reached a settlement in this matter. The parties are finalizing the settlement documents.

Dated: March 16, 2012.

    Respectfully submitted,
    /s/ Barbra R. Joyner, Esq.
    Barbra R. Joyner, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

    Barbra R. Joyner, Esq.
    Law Office of Barbra R. Joyner, P.A.
    1470 E. Michigan St.
    Orlando, FL  32806
    Email:  bjoyneresq@aol.com
    Phone: (407) 481-7997
    Fax: (407) 481-7986
    Florida Bar. Id. No. 141348

    By: /s/ Barbra R. Joyner, Esq.
        Barbra R. Joyner, Esq.