UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

JOSEPH RAETANO,

    Plaintiff,

vs.                           CASE NO.: 8:11-cv-02391-VMC-MAP

GULF-FLA DOUGHNUTS HILLSBOROUGH INC.,

    Defendant.
_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a), Fed. R. Civ. P., the parties in the above-styled action stipulate to dismissal of claims which were brought or could have been brought in this action in their entirety with prejudice with each party to bear his or its own costs and attorney's fees in this action.

Respectfully submitted this ____ day of April, 2012.

| | |
|---|---|
| /s/ Barbra R. Joyner | /s/ Cathy J. Beveridge |
| Barbra R. Joyner, Esq. | Cathy J. Beveridge, Esq. |
| Florida Bar No. 141348 | Florida Bar No: 0831018 |
| Law Office of Barbra R. Joyner, P.A. | Email: cbeveridge@fowlerwhite.com |
| 1470 E. Michigan St. | FOWLER WHITE BOGGS P.A. |
| Orlando, FL 32806 | 501 E. Kennedy Boulevard, Suite 1700 |
| Phone (407) 481-7997 | Tampa, FL 33602 |
| Fax (407) 481-7986 | Telephone: (813) 228-7411 |
| | Facsimile: (813) 229-8313 |
| Attorney for Plaintiff | Attorneys for Defendant |